## ANTHONY *v.* THE STATE.

SIMMONS, C. J. To bring to this court for review a refusal to sanction a petition for certiorari, such petition should be incorporated in the bill of exceptions or otherwise verified by the judge. Such petition can not be considered here when it is sent up as a part of the transcript of the record and certified by the clerk, for it is not part of the record until after it has been sanctioned. *Brewer* v. *State*, 105 *Ga.* 507 ; *Evans* v. *Bloodworth*, 105 *Ga.* 835.

*Writ of error dismissed. All concurring, except Cobb, J., absent.*

Submitted February 18, — Decided February 25, 1901.

*R. A. Hendricks*, for plaintiff in error.

*W. E. Thomas*, solicitor-general, and *L. E. Lastinger*, contra.